RICHARDSON *v.* RICHARDSON.

CHANCERY PRACTICE.—*Parties defendant, how created.*

Creditors defending in chancery who have not been made parties by the bill, must be made parties by an order of record, or they will not be regarded as such, and an appeal by them to the Supreme Court will be dismissed.

A motion was made in the Supreme Court to dismiss the appeal in this cause.

LYON, Special J.:

This is a bill to settle an insolvent estate. Certain creditors not being made parties by the bill, come into Court, defend, and appeal from the decree of the Chancellor to this Court. The bill of exceptions states that the creditors appealing, have been regarded as parties; but there is no order of record making them such. The proper practice is, for the creditors to come in by petition and have themselves made parties. The recitals in the record afford sufficient ground to award a certiorari to

(1) See McNews Executor v. Rogers supra, page 56 note 3, and cases there cited. See the Code, 2877, 2878, 2879.

the Court below to send up a more perfect record. If that is not desired and asked for, the appeal will be dismissed.

The Act of 1837 does not do away with the necessity of showing the proper parties to be before the Court, That Act was intended only to diminish costs, by preventing the record from being encumbered with matter not relevant to the point to be brought up.

*Appeal dismissed.*